## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Orestes Llanes Llanes,

Petitioner,

v.

Kristi Noem, et al.,

Respondents.

No. CV-25-04869-PHX-KML (JFM)

**ORDER**

On December 26, 2026, petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered respondents to show cause why the petition should not be granted. (Doc. 5.) On January 16, 2026, petitioner filed a notice indicating he was removed from the United States. (Doc. 8.) Because petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal.") The court will therefore dismiss this action as moot.

/

/

/

/

/

**IT IS THEREFORE ORDERED** petitioner's petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 22nd day of January, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**